**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7792**

_____

ROBERT WEARING,

Plaintiff - Appellant,

versus

WILLIAM A. SHELTON, DR., Physician of In-
stitution; ANNE CRUTCHFIELD PHILLIPS, LPN,
Institution Nurse; PATRICIA ANN PEARSON, LPN,
Institution Nurse,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-01-789-AM)

_____

Submitted: February 14, 2002        Decided: February 26, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Wearing, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Wearing, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001) for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Wearing v. Shelton, No. CA-01-789-AM (E.D. Va. filed Sept. 26, 2001; entered Sept. 27, 2001). We further deny Wearing's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2